# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **BOWEN,**   Plaintiff/Relator,   v.   **KARVO COMPANIES, INC.***, et al.***,**   Defendants. | CASE NO. 2:17-cv-936   <u>FILED UNDER SEAL</u>   JUDGE SARGUS   MAGISTRATE JUDGE JOLSON |

## ORDER

The Court, having considered the United States' Notice of Election to Intervene and *Ex Parte* Motion for Order Lifting Seal,

IT IS HEREBY ORDERED as follows:

1) The seal is lifted as to the filing of this case, the complaint filed herein, the Notice of Election to Intervene filed by the United States, and all pleadings filed and orders entered subsequent to the Notice of Election to Intervene.  All other pleadings filed in this case shall remain under seal;

2) The United States and Relator shall file a stipulation of dismissal of this case after receipt of the final payment from Defendants in accordance with the terms of the settlement agreement entered by the parties; and

3) The Court shall retain jurisdiction to address any disputes arising under the settlement agreement entered by the parties.

s/Kimberly A. Jolson<br>
UNITED STATES MAGISTRATE JUDGE

Dated: March 29, 2021