# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
*ex. rel.* **BOWEN,**

      **Plaintiff/Relator,**

      v.

**KARVO COMPANIES, INC.,** *et al.*,

      **Defendants.**

Case No. 2:17-cv-936
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

The United States, and Relator Joseph Bowen ("Relator"), having filed a Stipulation of Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

The Civil Action is hereby dismissed with prejudice as to Relator, with prejudice as to the United States as to the Covered Conduct defined in Recital Paragraph C of the Settlement Agreement entered by the parties hereto, and without prejudice as to the United States as to all other claims;

This Court retains jurisdiction to administer, interpret and enforce the Settlement Agreement, including any disputes, claims and/or causes of action relating to the Settlement Agreement and the payments required thereunder; and

Except as expressly provided to the contrary in the Settlement Agreement, each party shall bear its own legal and other costs incurred in connection with this matter.

    **IT IS SO ORDERED.**

**8/9/2021**                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                         **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**